| | ) | |
|---|---|---|
| **In the Matter of the Search of** | ) | **ORDER** |
| | ) | |
| **The Cellular Telephone Assigned Call** | ) | |
| **Number (980) 293 – 6375 (TARGET CELL** | ) | |
| **PHONE)** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States' "Application For Order Commanding T-Mobile Not To Notify Any Person Of The Existence Of Warrant" (Document No. 20) filed September 14, 2023. Pursuant to 18 U.S.C. § 2705(b), the United States requests that the Court issue an Order commanding T-Mobile (the Provider), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the Warrant) of the existence of the Warrant (Document No. 3) until September 27, 2024. *See* Document No. 20. Based on the record and the Application, the undersigned will allow the requested relief.

The Court determines that there is reason to believe that notification of the existence of the Warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

**IT IS, THEREFORE, ORDERED** under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the Warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of one year – until at least **September 27, 2024** – except that the Provider may disclose the Warrant to an attorney for the Provider for the purpose of receiving legal advice.

**IT IS FURTHER ORDERED** that the Application and this Order are **SEALED** until otherwise ordered by the Court.

**SO ORDERED**.

Signed: September 14, 2023

*David C. Keesler*
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.